**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF MARYLAND**
(Northern Division)

| | |
|---|---|
| ROBERT KEITH MILLER,<br><br>             *Plaintiff,*<br>     v.<br>REKOR SYSTEMS, INC. f/k/a NOVUME<br>SOLUTIONS, INC., ET AL.,<br><br>             *Defendants*. | 1:21-cv-01604-GLR |

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL**

**WHEREAS**, pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA") (*see* 15 U.S.C. §78u-4(a)(3)(i)(II)), on September 16, 2021, this Court issued an Order appointing Loretta Moore as the Lead Plaintiff;

**WHEREAS**, Lead Plaintiff intended to file an amended complaint on November 10, 2021, pursuant to the Court's scheduling order dated September 29, 2021 (Dkt. No. 18);

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, and subject to the Court's approval that:

1.      The above-captioned consolidated action is hereby dismissed with prejudice as against all defendants on behalf of Lead Plaintiff pursuant to Federal Rule of Civil Procedure 41(a)(2) and without prejudice as against all defendants with respect to any unnamed putative class members or other plaintiffs; and

2.      The parties acknowledge the following: (a) respectively, each party filed the operative complaint or defended against claims in good faith; (b) each party has borne and will continue to bear its own costs and attorneys' fees; and (c) the parties to this Joint

Stipulation have not exchanged monetary consideration in connection with this voluntary dismissal.

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.

Dated: November 10, 2021    **LEVI & KORSINSKY, LLP**

 /s/ Brian D. Stewart
Brian D. Stewart (Bar No. 17078)
1101 30th Street, NW, Suite 115
Washington, DC 20007
Tel.: (202) 524-4290
Fax: (212) 363-7171
Email: bstewart@zlk.com

*Attorneys for Lead Plaintiff*
*and Lead Counsel for the Class*

Dated: November 10, 2021    **LATHAM & WATKINS LLP**

 /s/ Carolyn Homer
Carolyn Homer (Bar No. 20409)
555 Eleventh Street N.W.
Suite 1000
Washington, DC 20004
Tel.: (202) 637-2200
Fax: (202) 637-2201
Email: carolyn.homer@lw.com

Christopher J. Clark
William O. Reckler
1271 Avenue of the Americas
New York, NY 10020
Tel.: (212) 906-1200
Email: Chris.Clark@lw.com
Email: William.Reckler@lw.com

*Attorneys for Defendants*

**SO ORDERED**, this ___th day of _____, 2021.

2

_____
HON. GEORGE LEVI RUSSELL, III
UNITED STATES DISTRICT JUDGE